### 673. BRINSON v. BRINSON.

POWELL, J. 1. The evidence was legally sufficient to support the verdict.
2. The assignments of error as to the admission of testimony are fatally
   defective, in that they do not state what objection was made thereto
   when it was offered. *Blackburn* v. *Woodward*, 128 *Ga.* 226 (57 S. E.
   318); *McFarland* v. *Darien R. Co.*, 127 *Ga.* 97 (2), (56 S. E. 74);
   *Howard Supply Co.* v. *Bunn*, 127 *Ga.* 664 (5), (56 S. E. 757). See
   also *Lewis* v. *Hutchinson*, 127 *Ga.* 790 (3), (56 S. E. 998).
3. None of the other exceptions are meritorious.          *Judgment affirmed.*

Complaint, from city court of Waynesboro—Judge Johnston.
June 6, 1907.

Submitted November 25,—Decided December 9, 1907.

*Lawson & Scales,* for plaintiff in error.

*H. J. Fullbright,* contra.